NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ANTONIO MAURICE NEAL,                )
                                     )
      Appellant,                   )
                                     )
v.                                   )     Case No. 2D19-3954
                                     )
STATE OF FLORIDA,                    )
                                     )
      Appellee.                    )
_____)

Opinion filed September 16, 2020.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Melissa Polo, Judge.

Antonio Maurice Neal, pro se.

PER CURIAM.

      Affirmed.

VILLANTI, SLEET, and LUCAS, JJ., Concur.